1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7065
7    FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,       )   No. CR 3-05-70300 EDL
                                   )
15       Plaintiff,                )   NOTICE OF DISMISSAL OF
                                   )   COMPLAINT; AND [PROPOSED]
16    v.                           )   ORDER
                                   )
17 GURUDAYAL SINGH,                )
                                   )
18       Defendant.                )
                                   )
19 _____)

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the above complaint

22 without prejudice.

23 DATED: April 5, 2006              Respectfully submitted,

24                                   KEVIN V. RYAN
                                     United States Attorney
25

26                                   /s/ Monica Fernandez
                                     MONICA FERNANDEZ
27                                   Assistant United States Attorney

28

No. CR 3-05-70300 EDL
NOTICE OF DISMISSAL OF COMPLAINT;
AND [PROPOSED] ORDER

1  Leave of Court is granted to the government to dismiss the complaint without prejudice.
2  IT IS SO ORDERED.
3
4  Date: April __7__, 2006



HON. _____
U.S. _____

No. CR 3-05-70300 EDL
NOTICE OF DISMISSAL OF COMPLAINT;
AND [PROPOSED] ORDER                2